FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 23  A II: 4

CLERK _____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

ZALTON EDGAR BROOKS,          :

      Plaintiff,          :

             :

vs.          :          CIVIL ACTION NO.: CV504-095

             :

CORNELL CORRECTIONS          :
CORPORATION, INC.; THOMAS          :
JENKINS, Chief of Operations; DANNY          :
BENNETT, Deputy Warden; CALVIN          :
MORTON, Warden, and Correctional          :
Officer TELFORD,          :

      Defendants.          :


## O R D E R


Plaintiff, currently incarcerated at Hays State Prison in Trion, Georgia, has been permitted to proceed in forma pauperis in an action under 42 U.S.C. § 1983, contesting the conditions of his confinement. In this Court's Order dated November 17, 2004, the U.S. Marshal was directed to perfect service upon Correctional Officer Telford. Following two failed attempts for such service, the Court directed counsel for Defendants to advise *only the court* of Officer Telford's address. Counsel for Defendants has now provided to the Court the address of Officer Telford.

Accordingly, a copy of Plaintiff's Complaint, a copy of the November 17, 2004, and a copy of this Order shall be served upon Defendant Telford by the United States Marshal without prepayment of cost. Defendant Telford shall be guided by the instructions contained in the November 17, 2004, Order. The U.S. Marshal shall not disclose the address of Officer Telford to Plaintiff. Furthermore, any document filed by the Marshal's Service containing the address of Officer Telford shall be filed under seal.

**SO ORDERED**, this ___21___ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

# United States District Court
## *Southern District of Georgia*

BROOKS
_____ )

vs                                                      )        CASE NUMBER   CV504-95  _____

CORNELL CORRECTIONS, ET AL _____ )      DIVISION       WAYCROSS  _____

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.   Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.   That the aforementioned enveloped contained a copy of the document dated 5/23/05 _____, which is part of the official record of this case.

Date of Mailing:        5/23/05 _____

Date of Certificate          ☒ same date,        or  _____

Scott L. Poff,  Clerk

By:   _Sherry Taylor_____
         Sherry Taylor, Deputy Clerk

Name and Address

~~Robert Wilson, 08666-007, ECI Jesup, 2600 Highway 301 S, Jesup, GA 31599~~
USM 285 form

8/22/05 - Zalton Edgar Brooks Hays State Prison TRion, GA.

☐  Copy placed in Minutes
☐  Copy given to Judge
☒  Copy given to Magistrate