IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ZALTON EDGAR BROOKS,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV504-095

CORNELL CORRECTIONS
CORPORATION, INC.; THOMAS
JENKINS, Chief of Operations; DANNY
BENNETT, Deputy Warden; CALVIN
MORTON, Warden, and Correctional
Officer TELFORD,

    Defendants.

## ORDER

In their Answers to Plaintiff's Complaint, Defendants Cornell Corrections Corporation, Inc., and Warden Morton refer to Correctional Officer Telfon as "Correctional Officer Telford." The Clerk is authorized and directed to change the name of Defendant Telfon to Correctional Officer Telford upon the docket and record of this case. Likewise, the correct name of Defendant Cornell Corrections is Cornell Corrections Corporation, Inc. The Clerk is authorized and directed to correct the name of this Defendant as well.

SO ORDERED, this 23 day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BROOKS )

vs )  CASE NUMBER  CV504-95

CORNELL CORRECTIONS, ET AL )  DIVISION  WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/23/05, which is part of the official record of this case.

Date of Mailing: 5/23/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Walter Ballew
Zalton Brooks, 455876, Hays State Prison, P.O. Box 668, Trion, GA 30753

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate