IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ZALTON EDGAR BROOKS,

    Plaintiff,

vs.

CORNELL CORRECTIONS
CORPORATION, INC.; THOMAS
JENKINS, Chief of Operations; DANNY
BENNETT, Deputy Warden; CALVIN
MORTON, Warden, and Correctional
Officer TELFORD,

    Defendants.

CIVIL ACTION NO.: CV504-095

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The unopposed Motion for Summary Judgment filed by Defendants Bennett, Morton, and Cornell Correction Corporations, Inc., is **GRANTED**.

**SO ORDERED**, this 20th day of March, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)